IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANELLE GARCIA, an individual,

Plaintiff,

v.

KBBH, and KLAMATH FALLS POLICE DEPARTMENT, *et al*,

Defendants.

Case No. 1:26-cv-00121-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (ECF No. 5), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although the plaintiff, Janelle Garcia, filed no objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 5) is adopted. This action is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

DATED this 15th day of October 2026.

s/Michael J. McShane
Michael J. McShane
United States District Judge